11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Joel Ramirez,                                    * From the 35th District
                                                   Court of Brown County,
                                                   Trial Court No. CR20713.

Vs. No. 11-11-00077-CR                           * February 7, 2013

State of Texas,                                  * Memorandum Opinion by McCall, J.
                                                   (Panel consists of: Wright, C.J.,
                                                   McCall, J., and Willson, J.)


        This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.